UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
JON COLEY, *et al.*,                                  :
                                                      :
                              Plaintiffs,             :
                                                      :          26 Civ. 519 (JPC)
              -v-                                      :
                                                      :          ORDER
NATIONAL CONVENTION SERVICES, LLC., *et al.*,         :
                                                      :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 29, 2026, this Court granted Plaintiffs leave to file a Second Amended Complaint by May 26, 2026, Dkt. 22, which Plaintiffs filed by that date, Dkt. 23.  The Court further ordered that in the event Defendants intend to move to dismiss the Second Amended Complaint, the parties should jointly file a proposed briefing schedule on that anticipated motion by June 2, 2026.  Dkt. 22.  That date has passed without a joint proposed briefing schedule being filed on the docket.  If Defendants still intend to move to dismiss the Second Amended Complaint, the parties should propose a briefing schedule by June 5, 2026; if Defendants intend to answer the Second Amended Complaint, they shall inform the Court of their intent to do so by that same date.

SO ORDERED.

Dated: June 3, 2026
       New York, New York                        _____
                                                      JOHN P. CRONAN
                                                 United States District Judge