# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007-2913

(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

June 18, 2026

**Via ECF and Email**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re: *Coley, et al. v. National Convention Services, LLC, et al.,*
> No. 1:26-CV-00519-JPC

Dear Judge Cronan:

We represent defendant Event Design Group, Ltd. ("EDG"), and write to request a brief adjournment of the initial pretrial conference scheduled for July 7, 2026. We have conferred with Plaintiffs' counsel who consents to this request.

I will be out of the country from June 30 to July 12. For purposes of rescheduling, counsel for each of the parties is available on the following dates: July 13, 15-17, 20-23, 29-31. Thus, if they are available, we respectfully request that the Court reschedule the conference to one of those dates. This is EDG's first request for an adjournment.

Respectfully,

*s/Robert A. O'Hare Jr.*

Robert A. O'Hare Jr.

cc:    Counsel of Record

The initial pretrial conference scheduled for July 7, 2026 at 2:00 p.m. is adjourned to July 16, 2026 at 2:30 p.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Docket Number 30.

SO ORDERED.
Date: June 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge