O'HARE PARNAGIAN LLP
20 VESEY STREET, SUITE 300
NEW YORK, NY 10007
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

July 8, 2026

**Via ECF and Email**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Coley, et al. v. National Convention Services, LLC, et al.*,
No. 1:26-cv-00519-JPC

Dear Judge Cronan:

We represent defendant Event Design Group, Ltd. ("EDG") and write with the consent of counsel for plaintiffs to request an extension of the time for the parties to submit their joint letter and proposed case management plan and scheduling order in advance of the July 16, 2026 initial pretrial conference, from July 9, 2026 to July 13, 2026.

EDG requests this extension because lead counsel for EDG, Mr. O'Hare, is out of the country this week and the time difference has created logistical difficulties conferring with him and, consequently, with plaintiffs' counsel. In addition, both I and the other attorney who has appeared for EDG will be travelling on July 9 and 10. This is EDG's first request for an extension and will not affect any other deadlines.

Respectfully,

Andrew C. Levitt

cc: counsel of record (via ECF)

The instant consented-to request is granted. The joint letter and proposed case management plan are now due July 13, 2026. No further extensions will be granted. The Clerk of Court is respectfully directed to close Docket Number 36.

SO ORDERED.
Date: July 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge