USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**JON COLEY, et al.,**

**Plaintiffs,**

**-against-**

**NATIONAL CONVENTION SERVS., LLC, et al.,**

**Defendants.**
**---------------------------------------------------------------X**

**26-cv-00519 (JPC) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiffs seek an order to compel Defendant Event Design Group Ltd. ("Defendant") "to comply with Plaintiffs' discovery requests." ECF No. 50. In response, Defendant indicates that it has already responded to all interrogatories, begun document production, and anticipates future document productions. ECF No. 52. Defendant also notes that Plaintiffs' letter does not identify a specific document request or interrogatory with which it seeks to compel compliance. Additionally, Defendant agrees to produce documents relating to its activity in Illinois, Florida, Nevada, and New York, and to negotiate a modified discovery schedule with Plaintiffs.

In light of Defendant's response, the Court denies Plaintiffs' motion without prejudice. To the extent further disputes remain, the parties shall meet and confer in good faith. Any unresolved disputes shall be raised with specificity by letter motion. Should the parties seek an extension of the Case Management Plan deadlines, they shall meet and confer and file a joint request no later than December 1, 2026. The Clerk of Court should terminate ECF No. 50.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 5, 2026
New York, New York